Opinion by LAWRENCE, J.  An examination of the official papers disclosing that the protest was untimely filed under section 514, Tariff Act of 1930 (19 U.S.C. § 1514), the protest was dismissed.

BEFORE THE THIRD DIVISION, JANUARY 16, 1962

No. 66375.—East West Merchandise Co. et al. v. United States, protests 61/3668, etc. (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of chinaware miniature tea sets the same in all material respects as those the subject of *B. Shackman & Co.* and *S. Stern Henry & Co. v. United States* (28 Cust. Ct. 298, C.D. 1426), the claim of the plaintiffs was sustained.

No. 66376.—Gill & Duffus, Inc. v. United States, protest 272219–KS (Laredo).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States v. The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

No. 66377.—Toftman Corporation of California v. United States, protest 272469–K (San Francisco).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States v. The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

No. 66378.—Gastmeyer Hinsch, Inc. v. United States, protest 61/8420 (New York).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons v. United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.